IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAE FORTUNATO,

    Plaintiff,

    vs.                                          Case No. 14-cv-356 CG/WPL

PUNEET GHEI, M.D.

    Defendant.

## STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between the parties to this action, and by and through their designated counsel, that the above-entitled action is hereby dismissed with prejudice as to the claims of Plaintiff, Rae Fortunato against Defendant, Puneet Ghei, M.D., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each side to bear their owns costs and attorneys' fees.

Dated:  January 26, 2015

                GREGORY W. CHASE, P.C.

                By  *"Electronically Approved"*
                    Gregory W. Chase
                    Andrew Scholl
              7801 Academy, NE, Bldg. 2, Suite 104
              Albuquerque, NM  87109
              (505) 888-6463
              greg@gregchaselaw.com
              andy@gregchaselaw.com
              *Attorneys for Plaintiff*

- 2 -

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By *"Electronically Filed" /s/ Rick Beitler*
    Rick Beitler
Post Office Box 1888
Albuquerque, NM 87103
(505) 765-5900
rbeitler@rodey.com
*Attorneys for Defendant*